IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

JIMMY LAMONT ROBERTS                                                    PETITIONER

v.                                                                     No. 1:18CV130-SA-DAS

JOHN DOE                                                                 RESPONDENT

ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On July 20, 2018, the court entered an order [6] requiring the petitioner to pay the filing fee in this case or to submit a proper form to proceed as a pauper. The petitioner acknowledged receipt of the order on July 16, 2018. The court cautioned the petitioner that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the petitioner has failed to comply with the court's order, and the deadline for compliance passed on July 24, 2018. This case is therefore DISMISSED without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

SO ORDERED, this, the 9th day of August, 2018.

       /s/ Sharion Aycock
       U. S. DISTRICT JUDGE